THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**BETTE RICHARDSON,**

   Plaintiff

                                       CASE NO.:  3:12-CV-00666-TJC-JRK

-vs-

**NCO FINANCIAL SYSTEMS, INC.,**

  **Defendant**
_____/

## STIPUALTION OF VOLUNTARY DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that the above-captioned action is voluntarily dismissed, with prejudice against the Defendant, NCO Financial Systems, INC., pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

| | |
|---|---|
| /s/ *William Peerce Howard* | /s/ *Kenneth C. Grace* |
| William Peerce Howard, Esq. | Kenneth C. Grace, Esquire |
| Florida Bar No.: 0103330 | Florida Bar No.: 0658464 |
| Morgan & Morgan, P.A. | Sessions, Fishman, Nathan & Israel, L.L.C. |
| One Tampa City Center | 3350 Buschwood Park Dr., Ste 195 |
| 201 N. Franklin Street, 7th Floor | Tampa, FL 33618 |
| Tampa, FL 33602 | Telephone: (813) 890-2465 |
| Telephone: (813) 223-5505 | Facsimile: (866) 466-3140 |
| Facsimile: (813) 223-5402 | kgrace@sessions-law.biz |
| WHoward@ForThePeople.com | |
| *Attorneys for Plaintiff* | *Attorney for Defendant* |

## CERTIFICATE OF SERVICE

I, William Peerce Howard, hereby certify that on July 10, 2012, I electronically filed the foregoing with the Clerk of Court using the ECF system which sent notification of such filing to:

**Dayle Marie Van Hoose**
Sessions, Fishman, Nathan & Israel, L.L.C.
Suite 195
3350 Buschwood Park Dr
Tampa, FL 33618
813/890-2463
Fax: 866/466-3140
Email: dvanhoose@sessions-law.biz
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kenneth Cleburne Grace**
Sessions, Fishman, Nathan & Israel, L.L.C.
Suite 195
3350 Buschwood Park Dr
Tampa, FL 33618
813/890-2465
Fax: 866/466-3140
Email: kgrace@sessions-law.biz
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

/s/William Peerce Howard
William Peerce Howard, Esquire