

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## JACKSONVILLE DIVISION

BETTE RICHARDSON,

              Plaintiff,

vs.	Case No. 3:12-cv-666-J-32JRK

NCO FINANCIAL SYSTEMS, INC.,

              Defendant.

### ORDER

Upon review of the parties' joint Stipulation of Voluntary Dismissal (Doc. 8), this case is dismissed with prejudice. The Clerk shall close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 19th day of July, 2012.

TIMOTHY J. CORRIGAN
United States District Judge

mg.
Copies to:
Counsel of Record